# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**756**
**CA 14-02166**
PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND WHALEN, JJ.

---

MARY DORE-COCKERHAM, PLAINTIFF-RESPONDENT,

V                                                          ORDER

TOWN OF FORESTPORT, DEFENDANT-APPELLANT.

---

SHANTZ & BELKIN, LATHAM (DEREK L. HAYDEN OF COUNSEL), FOR
DEFENDANT-APPELLANT.

MARTIN J. KERNAN, ORISKANY, FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------------

    Appeal from an order of the Supreme Court, Oneida County (Norman
I. Siegel, J.), entered March 18, 2014.  The order denied the motion
of defendant for summary judgment.

    It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated at Supreme
Court.

Entered:  June 12, 2015                    Frances E. Cafarell
                                           Clerk of the Court